# Edward deHart Murphy CPA, P.A.

7910 Woodmont Avenue
Suite 908
Bethesda, MD  20814-7049
**301-654-2235**

Invoice submitted to:

Monica Coleman Bankruptcy Estate
Lori Simpson, Chapter 7 Trustee
2 North Charles Street, Suite 500
Baltimore MD 21201-3781

February 09, 2006
In Reference To:    Case No. 99-56239
Invoice #    10997

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/5/2005 | Begin preparation of 2004 Federal and Maryland trust income tax returns including posting of transactions from estate bank account | 2.00<br>140.00/hr | 280.00 |
| 1/21/2005 | Preparation of 2004 Form 1041 U.S. Income Tax Return for Estates and Trusts and Maryland Form 504 Fiduciary Income Tax Return including calculation of regular and alternative minimum tax net operating loss carryovers | 1.25<br>140.00/hr | 175.00 |
| 1/7/2006 | Begin preparation of 2005 Federal and Maryland trust income tax returns including posting of transactions from estate bank account | 3.00<br>140.00/hr | 420.00 |
| 1/19/2006 | Continued preparation | 0.50<br>140.00/hr | 70.00 |
| 1/20/2006 | Preparation of 2005 Form 1041 U.S. Income Tax Return for Estates and Trusts and Maryland Form 504 Fiduciary Income Tax Return including calculation of | 3.00<br>140.00/hr | 420.00 |

Monica Coleman Bankruptcy Estate                                                                                                   Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | regular and alternative minimum tax net operating loss carryovers |  |  |
| 1/20/2006 | Preparation of fee application, notice and proposed order | 3.00<br>140.00/hr | 420.00 |
|  | For professional services rendered<br>Additional charges: | 12.75 | $1,785.00 |
|  |  | Qty/Price |  |
| 1/5/2005 | Out-of-pocket expense for computer processing | 1<br>55.00 | 55.00 |
| 1/21/2005 | Out-of-pocket postage | 1<br>3.13 | 3.13 |
| 1/7/2006 | Out-of-pocket expense for computer processing | 1<br>55.00 | 55.00 |
| 1/12/2006 | Out-of-pocket postage | 1<br>4.05 | 4.05 |
|  | Total costs |  | $117.18 |
|  | Total amount of this bill |  | $1,902.18 |